No. 91–1742. RICHMAN BROS. RECORDS, INC. v. US SPRINT COMMUNICATIONS CO. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–1548. FRANKLIN, SECRETARY OF COMMERCE, ET AL. v. MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari before judgment denied.

No. 91–1626. STEVEDORING SERVICES OF AMERICA, INC. v. EGGERT ET UX. C. A. 9th Cir. Motion of National Association of Stevedores, Shipbuilders Council of America, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 91–1757. BUNCH v. THOMPSON, WARDEN. C. A. 4th Cir. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Certiorari denied.

No. 91–1778. CALIFORNIA FAIR POLITICAL PRACTICES COMMISSION v. SERVICE EMPLOYEES INTERNATIONAL UNION, AFL–CIO, CLC, ET AL.; and

No. 91–1787. KOPP ET AL. v. SERVICE EMPLOYEES INTERNATIONAL UNION, AFL–CIO, CLC, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 91–1813. COHN v. BOND ET AL. C. A. 4th Cir. Motion of American Chiropractic Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–1821. ANDERSEN v. ATLANTIC MARINE CONSTRUCTORS ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed as a seaman granted. Certiorari denied.